IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY,

    Petitioner,                         No. CIV S-05-1684 MCE DAD P

    vs.

THOMAS L. CAREY, Warden,

    Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, filed a habeas petition in the United States District Court for the Central District of California and paid the required filing fee on April 19, 2005. By order filed August 12, 2005, the case was transferred to the United States District Court for the Eastern District of California. The matter has been referred to the undersigned in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        On August 22, 2005, this court received from the Central District a 221-page record that includes a transmittal letter, a copy of the Central District docket for this case, documents 1 through 5, a portion of document 6[1], documents 7 through 10, and documents 12

---

[1] The portion of document 6 received on August 22, 2005, consists of a notice of lodgment filed by respondent on June 23, 2005. The eleven documents listed in the notice were not transmitted. The Central District was notified of the omission, and the lodged documents were received in the Eastern District on September 1, 2005.

1

through 14.[2] The entire 221-page record has been docketed as a single document titled "Case Transferred In." To facilitate reference to the pleadings, the Clerk of the Court will be directed to file and docket, as separate documents, the petition for a writ of habeas corpus filed in the Central District on April 19, 2005, and the answer filed in the Central District on June 23, 2005.

Petitioner will be granted thirty days to file a traverse to the answer. Upon the filing of petitioner's traverse or the expiration of the time to do so, the application for a writ of habeas corpus will be submitted for decision. Findings and recommendations will be issued by the undersigned in accordance with the court's calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's traverse shall be filed and served within thirty days after this order is filed.

2. The Clerk of the Court is directed to file the 150-page petition for writ of habeas corpus (document 1 on the Central District docket) as a separate document filed in this court on August 22, 2005; the new case number shall be added to the first page of the petition, and the document shall contain the following parts:

Part 1  Petition (pages 1-7)

Part 2  Memorandum of Points and Authorities (pages 8-34)

Part 3  Table of Exhibits (page 35)

Part 4  Exhibit A, Hearing Transcript (pages 36-115)

Part 5  Exhibits B through J (pages 116-149)

Part 6  Declaration of Service (page 150).

/////

/////

---

[2] The Central District docket reflects that document 11 was a letter from respondent's counsel rejected by the court as having been submitted in violation of the court's rule governing communication with the judge.

1    3. The Clerk of the Court is directed to file the 18-page answer (documents 4 and 5 on the Central District docket) as a separate document filed in this court on August 22, 2005; the new case number shall be added to the first page of the answer, and the document shall contain the following parts:

        Part 1   Answer (pages 1-7)

        Part 2   Memorandum of Points and Authorities (pages 8-18).

DATED: September 23, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
conn1684.100mod